Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

In Re:  Frutta Bowls Franchising, LLC
Debtor

                        Case No.: 19–13230–MBK
                        Chapter 11

Frutta Bowls Franchising, LLC
Plaintiff

v.

New Healthy Food Concepts, LLC
Defendant

Adv. Proc. No. 19–01954–MBK                      Judge: Michael B. Kaplan

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

      Please be advised that on February 26, 2020, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 9 – 8
ORDER GRANTING MOTION TO APPROVE SETTLEMENT OF CONTROVERSY (related document:8 Notice of Proposed Compromise or Settlement of Controversy re: Resolution, Breach of contract. Hearing scheduled for 11/18/2019. Filed by Joel Lee Schwartz on behalf of Frutta Bowls Franchising, LLC. Objections due by 11/12/2019. (Attachments: # 1 Proposed Order # 2 Exhibit Settlement Agreement) (Schwartz, Joel) THIS IS MOTION TO APPROVE SETTLEMENT. Modified on 10/18/2019 (mmf). filed by Plaintiff Frutta Bowls Franchising, LLC). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 2/26/2020. (wir)

      Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: February 26, 2020
JAN: wir

                                                          Jeanne Naughton
                                                          Clerk